JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCERO,<br><br>                Petitioner,<br>v.<br>ROSEMARY NDOH, Warden,<br><br>                Respondent. | CASE NO. 8:19-cv-01189-AB (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: July 28, 2020

_____
HON. ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE